No. 23-16094

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; HAWAII FIREARMS COALITION,

*Plaintiffs-Appellees*,

v.

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,

*Defendant-Appellant*.

On Appeal from the United States District Court for the District of Hawaiʻi
No. 1:23-cv-00265-LEK-WRP, Hon. Leslie E. Kobayashi

**APPELLANT'S INITIAL NOTICE UNDER CIRCUIT RULE 10-3.1**

ANNE E. LOPEZ
   *Attorney General of the State of Hawaiʻi*
KALIKOʻONĀLANI D. FERNANDES
   *Solicitor General*
NICHOLAS M. MCLEAN
   *First Deputy Solicitor General*
STATE OF HAWAIʻI
DEPARTMENT OF THE ATTORNEY GENERAL
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

NEAL KUMAR KATYAL
DANA A. RAPHAEL
   *Special Deputy Attorneys General*
HOGAN LOVELLS US LLP
555 Thirteenth Street N.W.
Washington, D.C. 20004
(202) 637-5600
neal.katyal@hoganlovells.com

MARY B. MCCORD
RUPA BHATTACHARYYA
   *Special Deputy Attorneys General*
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY & PROTECTION
Georgetown University Law Center
600 New Jersey Avenue N.W.
Washington, D.C. 20001
(202) 661-6607
mbm7@georgetown.edu

BEN GIFFORD
   *Special Deputy Attorney General*
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY & PROTECTION
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
(202) 662-9835
bg720@georgetown.edu

*Attorneys for Defendant Anne E. Lopez, in her official capacity as Attorney General of the State of Hawaiʻi*

Pursuant to Circuit Rule 10-3.1(a), Appellant hereby states that Appellant has ordered copies of all transcripts generated in connection with this litigation, *i.e.*, the transcript of the status conference on June 28, 2023, the transcript of the status conference on July 3, 2023, and the transcript of the hearing on July 28, 2023.

Dated:  August 16, 2023

Respectfully submitted,

/s/ Ben Gifford

| | |
|---|---|
| ANNE E. LOPEZ<br>    *Attorney General of the State of Hawaiʻi*<br>KALIKOʻONĀLANI D. FERNANDES<br>    *Solicitor General*<br>NICHOLAS M. MCLEAN<br>    *First Deputy Solicitor General*<br>STATE OF HAWAIʻI<br>DEPARTMENT OF THE ATTORNEY GENERAL<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br><br>MARY B. MCCORD<br>RUPA BHATTACHARYYA<br>    *Special Deputy Attorneys General*<br>INSTITUTE FOR CONSTITUTIONAL<br>    ADVOCACY & PROTECTION<br>Georgetown University Law Center<br>600 New Jersey Avenue N.W.<br>Washington, D.C. 20001<br>(202) 661-6607<br>mbm7@georgetown.edu | BEN GIFFORD<br>    *Special Deputy Attorney General*<br>INSTITUTE FOR CONSTITUTIONAL<br>    ADVOCACY & PROTECTION<br>Georgetown University Law Center<br>PO Box 211178<br>Brooklyn, NY 11221<br>(202) 662-9835<br>bg720@georgetown.edu<br><br>NEAL KUMAR KATYAL<br>DANA A. RAPHAEL<br>    *Special Deputy Attorneys General*<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street N.W.<br>Washington, D.C. 20004<br>(202) 637-5600<br>neal.katyal@hoganlovells.com |

*Attorneys for Defendant Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawaiʻi*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 16, 2023.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Ben Gifford
Ben Gifford