|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 17 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JASON WOLFORD; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,<br><br>　　　　Defendant-Appellant. | No.　23-16094<br><br>D.C. No. 1:23-cv-00265-LEK-WRP<br>District of Hawaii, Honolulu<br><br>ORDER |

Before: SCHROEDER, BERZON, and OWENS, Circuit Judges.

　　We have received appellant's emergency motion seeking a stay pending appeal and an immediate administrative stay.

　　This court will take no action on appellant's emergency motion at this time, as the stay motion, filed on August 11, 2023, is pending before the district court. This denial is without prejudice to renewing the motion once the district court decides the stay motion or if the district court does not decide the motion by September 1, 2023.

OSA108