UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON WOLFORD; ALISON WOLFORD; ATOM KASPRZYCKI; and HAWAII FIREARMS COALITION,<br><br>   *Plaintiffs-Appellees*,<br> v.<br><br>ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi,<br><br>   *Defendant-Appellant.* | No. 23-16094<br><br>STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

 Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby move the Court for an order dismissing the above-captioned appeal.

 The parties have agreed that each side shall bear its own costs and fees on appeal.

 DATED: Brooklyn, New York, September 7, 2023.

            */s/ Ben Gifford*

            BEN GIFFORD
             Special Deputy Attorney General
            Institute for Constitutional
             Advocacy & Protection
            Georgetown University Law Center
            PO Box 211178

        Brooklyn, NY 11221
        Tel.: (202) 662-9835
        Email: bg720@georgetown.edu

*Attorney for Defendant-Appellant Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawai'i*

DATED: Honolulu, Hawai'i, September 7, 2023.

        */s/ Kevin O'Grady*

        KEVIN GERARD O'GRADY
        Law Office of Kevin O'Grady, LLC
        1164 Bishop Street
        Suite 1605
        Honolulu, Hawai'i 96813
        Tel.: (808) 521-3367
        Email: Kevin@KevinOGradyLaw.com

*Attorney for Plaintiffs Jason Wolford, Alison Wolford, Atom Kasprzycki, and Hawaii Firearms Coalition*