| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 07 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JASON WOLFORD; et al.,

        Plaintiffs - Appellees,

 v.

ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaii,

        Defendant - Appellant.

No. 23-16094

D.C. No. 1:23-cv-00265-LEK-WRP
U.S. District Court for Hawaii, Honolulu

**ORDER**

The motion filed by the appellant on September 7, 2023 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT